In the Matter of the Claim of AIZIKAS BUNIS, Respondent, against HERMAN GABBE & BRO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that but one award can be made to the father or mother, non-resident aliens; and under the authority of *Matter of Skarpeletzos* v. *Counes & Raptis Co.* (228 N. Y. 46). Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ., concur.

In the Matter of the Claim of JAMES MACDONALD, Respondent, against GRAND BATTERY AND IGNITION SERVICE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award affirmed, with costs to the State Industrial Board. Hinman, Davis, Hill and Hasbrouck, JJ., concur; Van Kirk, P. J., dissents.

In the Matter of the Claim of CELIA TEICHER, Respondent, against AMERICAN AGRICULTURAL CHEMICAL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of HARRIETT E. MOSSER, Respondent, against FAXON UNITED STORES, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of MARYANNA BURAK and Another, Respondents, against LOCKPORT LIGHT AND HEAT CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of JOHN METRO, Respondent, against NIAGARA GORGE RAILWAY COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of LUCILLE MORDWIN, Respondent, against ROTH-STEIN & NELSON and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, to take further proof and make a finding as to the earning capacity of the claimant. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur.

In the Matter of the Claim of EFFIE HADSELL, Respondent, against AURILLIAN MALLETT and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.